# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., et al.,<br><br>    *Petitioners*,<br><br>v.<br><br>THE COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, et al.,<br><br>    *Respondents*. | No. 20-1444<br><br>**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX** |

Pursuant to Fed. R. App. P. 30(c), this Court's Local Rule 30(c), and the Clerk's Order of November 12, 2020, Petitioners TikTok Inc. and ByteDance Ltd. state that they have agreed with Respondents the Committee on Foreign Investment in the United States, Steven T. Mnuchin in his official capacity as Secretary of the Treasury and Chairperson of the Committee on Foreign Investment in the United States, Donald J. Trump in his official capacity as President of the United States, and William P. Barr in his official capacity as United States Attorney General, to utilize a deferred joint appendix.

DATED: December 14, 2020

John E. Hall
Anders Linderot
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
Email:  jhall@cov.com
              alinderot@cov.com

Respectfully submitted,

*/s/ Beth S. Brinkmann*
Beth S. Brinkmann (No. 477771)
Alexander A. Berengaut
Thomas R. Brugato
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-6000
Email:  bbrinkmann@cov.com
              aberengaut@cov.com
              tbrugato@cov.com

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2020, I filed the foregoing Statement of Intent to Utilize Deferred Joint Appendix through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

<u>*s/ Beth S. Brinkmann*</u>
Beth S. Brinkmann