# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|   |   |
|---|---|
| TikTok Inc., et al.,<br>    Petitioners,<br><br>v.<br><br>Committee on Foreign Investment in the United States, et al.,<br>    Respondents. | No. 20-1444 |

## DECLARATION OF THOMAS P. FEDDO

I, Thomas P. Feddo, declare as follows:

1. I am currently employed as Assistant Secretary for Investment Security at the United States Department of the Treasury (Treasury).

2. I have served in this capacity since September 13, 2019. I am authorized to certify the truth and correctness of official records of Treasury, and of other documents recorded or filed with Treasury. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

3. I hereby certify that the attached Certified Index contains a list of all documents comprising the Administrative Record for all action taken under section 721 of the Defense Production Act of 1950, as amended (50 U.S.C. § 4565), by the Committee on Foreign Investment in the United States (CFIUS) in CFIUS Case 20-100, ByteDance Ltd. (Cayman Islands; UBO: China)/U.S. Business of Musical.ly.

4. This Administrative Record contains all non-privileged materials directly or indirectly considered by CFIUS in taking the above-cited action.

I hereby certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2021.

Thomas P. Feddo
Assistant Secretary for Investment Security
U.S. Department of the Treasury
Washington, D.C.

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TikTok Inc., et al.,<br>  Petitioners,<br><br>     v.<br><br>Committee on Foreign Investment in the United States, et al.,<br>  Respondents. | )<br>)<br>)<br>)<br>)  No. 20-1444<br>)<br>)<br>)<br>)<br>)<br>) |

## VOLUME 1 – INDEX OF PUBLIC DOCUMENTS

| Tab | Date | Document Description |
|---|---|---|
| 1.1 | 2019-10-11 | Email correspondence between Treasury staff and representatives from, and counsel to, ByteDance Ltd (ByteDance). |
| 1.2 | 2019-10-15 | Email correspondence containing initial questions from the Committee on Foreign Investment in the United States (CFIUS) to ByteDance Ltd. and request for in-person meeting. |
| 1.3 | 2019-10-25 | Email correspondence between Treasury staff and ByteDance counsel. |
| 1.4 | 2020-03-04 | Email correspondence between Treasury staff and counsel for ByteDance. |
| 1.5 | 2020-05-18 | Email correspondence between ByteDance counsel and Treasury staff. |
| 1.6 | 2020-06-15 | Letters from CFIUS to ByteDance counsel. |
| 1.7 | 2020-06-25 | Letters identifying additional co-lead agencies in the CFIUS review and related email correspondence. |
| 1.8 | 2020-07-20 | Seventh question set from CFIUS. |
| 1.9 | 2020-07-30 | Letters from CFIUS informing ByteDance counsel that the case will proceed to investigation and related email correspondence. |
| 1.10 | 2020-07-30 | Letter from CFIUS to ByteDance counsel identifying national security risks arising from the covered transaction for which CFIUS has not identified mitigation measures and stating that CFIUS anticipates referring the matter to the President for decision (Due Process Letter). |
| 1.11 | 2020-07-31 | Collection of unclassified sources on which CFIUS relied in concluding that the national security risks could arise from the transaction. |

| Tab | Date | Document Description |
|---|---|---|
| 1.12 | 2020-08-14 | Order of August 14, 2020, Regarding the Acquisition of Musical.ly by ByteDance Ltd., 85 Fed. Reg. 51,297 (Aug. 19, 2020) |
| 1.13 | 2020-11-12 | Letter from CFIUS to ByteDance counsel granting in part request for extension to comply with the August 14, 2020, order to November 27, 2020. |

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TikTok Inc., et al.,<br>　　　Petitioners,<br><br>　　　v.<br><br>Committee on Foreign Investment in the United States, et al.,<br>　　　Respondents. | No. 20-1444 |

### VOLUME 2 - INDEX OF NON-PUBLIC DOCUMENTS

| Tab | Date | Document Description |
|---|---|---|
| 2.1 | 2019-10-24 | Email correspondence containing ByteDance's responses to initial questions sent by CFIUS. |
| 2.2 | 2019-11-12 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.3 | 2019-11-20 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.4 | 2019-12-12 | Responses from ByteDance to November 20, 2019, questions from CFIUS. |
| 2.5 | 2020-03-23 | Draft Joint Voluntary Notice (JVN) and related email correspondence. |
| 2.6 | 2020-03-27 | ByteDance presentation to CFIUS made during March 27, 2020, virtual meeting and related email correspondence. |
| 2.7 | 2020-03-31 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.8 | 2020-04-01 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.9 | 2020-04-03 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.10 | 2020-04-09 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.11 | 2020-05-14 | ByteDance's responses to CFIUS's questions. |
| 2.12 | 2020-05-15 | Acknowledgment of receipt of ByteDance's May 14, 2020, responses. |
| 2.13 | 2020-05-21 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.14 | 2020-05-27 | Final JVN and related email correspondence. |
| 2.15 | 2020-06-04 | Email correspondence between ByteDance counsel and Treasury. |

| Tab | Date | Document Description |
|---|---|---|
| 2.16 | 2020-06-16 | First question set from CFIUS and related email correspondence. |
| 2.17 | 2020-06-17 | Email correspondence between ByteDance counsel and Treasury staff. |
| 2.18 | 2020-06-17 | Second question set from CFIUS and related email correspondence. |
| 2.19 | 2020-06-22 | Email correspondence between Treasury staff and ByteDance counsel. |
| 2.20 | 2020-06-26 | Email correspondence between ByteDance counsel and Treasury staff. |
| 2.21 | 2020-06-26 | ByteDance's partial responses to first question set. |
| 2.22 | 2020-06-26 | ByteDance's responses to second question set and related email correspondence. |
| 2.23 | 2020-06-29 | ByteDance's remaining responses to first question set. |
| 2.24 | 2020-06-30 | Third question set from CFIUS and related email correspondence. |
| 2.25 | 2020-06-30 | Email correspondence relating to responses to first question set. |
| 2.26 | 2020-07-03 | Email correspondence relating to request for extension of time to respond to third question set. |
| 2.27 | 2020-07-07 | Email correspondence relating to request for extension of time to respond to third question set. |
| 2.28 | 2020-07-08 | Slide deck prepared by Treasury staff for internal use summarizing procedural history of CFIUS case and description of transaction. |
| 2.29 | 2020-07-08 | Director of National Intelligence summary of JVN prepared for, and distributed to, CFIUS. |
| 2.30 | 2020-07-10 | Fourth question set from CFIUS. |
| 2.31 | 2020-07-10 | ByteDance's responses to third question set. |
| 2.32 | 2020-07-12 | Email correspondence between Treasury official and representatives from ByteDance and a ByteDance investor, . |
| 2.33 | 2020-07-13 | Email correspondence regarding ByteDance's responses to third question set. |
| 2.34 | 2020-07-13 | Email correspondence regarding fourth question set and requesting call between ByteDance counsel and Treasury staff. |
| 2.35 | 2020-07-14 | Fifth question set from CFIUS. |
| 2.36 | 2020-07-14 | Sixth question set from CFIUS and related email correspondence. |
| 2.37 | 2020-07-15 | Email correspondence between Treasury official and representatives of ByteDance and a ByteDance investor and Treasury official with attachment. |
| 2.38 | 2020-07-15 | Email correspondence between Treasury official and representatives of ByteDance and a ByteDance investor. |

| Tab | Date | Document Description |
|---|---|---|
| 2.39 | 2020-07-15 | Email correspondence between Treasury official and representatives of ByteDance and a ByteDance investor with attachment. |
| 2.40 | 2020-07-15 | Email correspondence between ByteDance counsel and Treasury staff. |
| 2.41 | 2020-07-17 | Email correspondence between ByteDance counsel and officials from CFIUS agencies. |
| 2.42 | 2020-07-20 | ByteDance's responses to fourth question set. |
| 2.43 | 2020-07-21 | Email correspondence between ByteDance counsel and Treasury staff. |
| 2.44 | 2020-07-22 | Email correspondence between Treasury official and representatives of ByteDance and a ByteDance investor with attachment. |
| 2.45 | 2020-07-22 | ByteDance's partial responses to sixth question set and related correspondence. |
| 2.46 | 2020-07-23 | ByteDance's responses to seventh question set and related email correspondence. |
| 2.47 | 2020-07-24 | Email correspondence relating to request for additional extension of time to respond to fifth question set. |
| 2.48 | 2020-07-24 | ByteDance's additional responses to sixth question set. |
| 2.49 | 2020-07-24 | ByteDance's partial responses to fifth question set. |
| 2.50 | 2020-07-27 | Email correspondence relating to ByteDance's partial responses to fifth question set. |
| 2.51 | 2020-07-29 | Proposed mitigation proposal from ByteDance and cover letter addressed to Treasury officials. |
| 2.52 | 2020-07-29 | ByteDance's additional responses to fifth question set. |
| 2.53 | 2020-07-30 | Email correspondence between ByteDance counsel and Treasury staff. |
| 2.54 | 2020-07-31 | Email correspondence between ByteDance counsel and Treasury officials. |
| 2.55 | 2020-08-06 | Correspondence from ByteDance counsel to Treasury staff updating response to previous question. |
| 2.56 | 2020-08-07 | Letter from ByteDance counsel to CFIUS responding to Due Process Letter. |
| 2.57 | 2020-08-07 | Correspondence between Treasury staff and ByteDance counsel. |
| 2.58 | 2020-08-11 | Correspondence between Treasury officials and ByteDance counsel. |
| 2.59 | 2020-08-21 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.60 | 2020-08-29 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.61 | 2020-09-03 | Update by ByteDance counsel pursuant to August 14, 2020, order. |

| Tab | Date | Document Description |
|---|---|---|
| 2.62 | 2020-09-08 | Email correspondence between ByteDance counsel and Treasury officials. |
| 2.63 | 2020-09-10 | Email from ByteDance board member to Treasury Secretary with attachment |
| 2.64 | 2020-09-11 | Correspondence between Treasury Secretary and ByteDance board member. |
| 2.65 | 2020-09-11 | Email from ByteDance board member to Treasury Secretary with attachment. |
| 2.66 | 2020-09-11 | Proposal from ByteDance to address CFIUS's national security concerns related to the covered transaction. |
| 2.67 | 2020-09-13 | Email from ByteDance board member to Treasury Secretary with attachment. |
| 2.68 | 2020-09-13 | Email from ByteDance counsel to Treasury officials with attachment. |
| 2.69 | 2020-09-13 | Email from ByteDance board member to Treasury Secretary with attachment. |
| 2.70 | 2020-09-14 | Draft national security agreement provided by ByteDance counsel. |
| 2.71 | 2020-09-16 | Email correspondence between Treasury officials and ByteDance counsel. |
| 2.72 | 2020-09-17 | Email from ByteDance board member to Treasury Secretary with attachment. |
| 2.73 | 2020-09-18 | Email correspondence between ByteDance counsel and Treasury officials. |
| 2.74 | 2020-09-19 | Email from ByteDance board member to Treasury Secretary and potential investors with attachment. |
| 2.75 | 2020-09-19 | Email correspondence between ByteDance board member, Treasury Secretary, and potential investors with attachment. |
| 2.76 | 2020-09-22 | CFIUS feedback on proposed draft term sheet. |
| 2.77 | 2020-09-23 | Email correspondence between Treasury officials and ByteDance counsel with attachment. |
| 2.78 | 2020-09-24 | Email from ByteDance counsel to Treasury officials with attachment. |
| 2.79 | 2020-09-25 | Email from ByteDance counsel to Treasury officials with attachment. |
| 2.80 | 2020-09-25 | Questions from CFIUS. |
| 2.81 | 2020-09-25 | Email correspondence regarding economic ownership of ByteDance. |
| 2.82 | 2020-09-27 | Email correspondence regarding update and scheduling phone call. |
| 2.83 | 2020-09-29 | Email from ByteDance counsel to Treasury officials. |
| 2.84 | 2020-09-30 | Email from Treasury official to ByteDance counsel. |
| 2.85 | 2020-10-06 | Email from ByteDance counsel to Treasury officials with attachment. |

| Tab | Date | Document Description |
|---|---|---|
| 2.86 | 2020-10-08 | Email correspondence between Treasury officials and ByteDance counsel. |
| 2.87 | 2020-10-12 | ByteDance's responses to questions from CFIUS sent on September 25, 2020. |
| 2.88 | 2020-10-13 | Email from ByteDance counsel to Treasury officials. |
| 2.89 | 2020-10-15 | Communication from CFIUS to ByteDance counsel. |
| 2.90 | 2020-10-16 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.91 | 2020-10-20 | Email correspondence between Treasury officials and ByteDance counsel. |
| 2.92 | 2020-10-23 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.93 | 2020-11-01 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.94 | 2020-11-06 | Email correspondence between ByteDance counsel and Treasury officials with attachments. |
| 2.95 | 2020-11-07 | Supplemental information related to the November 6, 2020, communication. |
| 2.96 | 2020-11-09 | Communication from ByteDance counsel to Treasury officials. |
| 2.97 | 2020-11-11 | Letter from ByteDance counsel to CFIUS. |
| 2.98 | 2020-11-13 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.99 | 2020-11-21 | Communication from ByteDance counsel to Treasury officials. |
| 2.100 | 2020-11-22 | Letter from CFIUS to ByteDance counsel. |
| 2.101 | 2020-11-23 | Email correspondence between ByteDance counsel and Treasury officials. |
| 2.102 | 2020-11-25 | Email correspondence between Treasury officials and ByteDance counsel. |
| 2.103 | 2020-11-28 | Communication from ByteDance counsel to Treasury officials. |
| 2.104 | 2020-11-30 | Email correspondence between ByteDance counsel and Treasury staff. |
| 2.105 | 2020-12-02 | Email from Treasury official to ByteDance counsel. |
| 2.106 | 2020-12-03 | Email correspondence between ByteDance counsel and Treasury officials. |
| 2.107 | 2020-12-03 | Response from ByteDance counsel to Treasury officials. |
| 2.108 | 2020-12-04 | Email from ByteDance counsel to Treasury officials. |
| 2.109 | 2020-12-04 | Presentation from ByteDance counsel. |
| 2.110 | 2020-12-04 | Email from CFIUS to ByteDance counsel denying request for additional time to comply with August 14, 2020, order. |
| 2.111 | 2020-12-05 | Email correspondence between Treasury staff and ByteDance counsel. |

| Tab | Date | Document Description |
|---|---|---|
| 2.112 | 2020-12-08 | Email from ByteDance counsel to Treasury officials providing update. |
| 2.113 | 2020-12-09 | Email from ByteDance counsel to Treasury officials with attachment. |
| 2.114 | 2020-12-11 | Email from ByteDance counsel to Treasury officials with attachments. |
| 2.115 | 2020-12-11 | Email from ByteDance counsel to Treasury with attachment. |
| 2.116 | 2020-12-14 | Update by ByteDance counsel pursuant to August 14, 2020, order. |
| 2.117 | 2020-12-15 | CFIUS feedback. |
| 2.118 | 2020-12-22 | Email from ByteDance counsel to Treasury officials with attachments. |
| 2.119 | 2020-12-23 | Email from ByteDance counsel to Treasury officials with attachment. |
| 2.120 | 2020-12-26 | Email from Treasury officials to ByteDance counsel with attachments. |
| 2.121 | 2020-12-29 | Email from ByteDance counsel to Treasury officials with attachments. |
| 2.122 | 2020-12-31 | Email from ByteDance counsel to Treasury officials with attachments. |
| 2.123 | 2021-01-04 | Email from ByteDance counsel to Treasury officials with attachments |

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TikTok Inc., et al.,<br>  Petitioners,<br><br>    v.<br><br>Committee on Foreign Investment in the United States, et al.,<br>  Respondents. | No. 20-1444 |

## VOLUME 3 – INDEX OF CLASSIFIED MATERIALS

| Tab | Date | Document Description |
|---|---|---|
| 3.1 | 2020-07-30 | Analysis of potential threats to the national security posed by the covered transaction, as prepared by the Office of the Director of National Intelligence pursuant to 50 U.S.C. § 4565(b)(4)(A). |
| 3.2 | 2020-07-31 | Risk-based analysis of the effects on the national security of the United States of the covered transaction prepared by CFIUS pursuant to 50 U.S.C. § 4565(*l*)(4). |
| 3.3 | 2020-07-31 | Collection of sources used to prepare risk-based analysis. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I electronically filed the foregoing Certified Index of the Administrative Record with the Clerk of the Court through the appellate CM/ECF system. Service was accomplished on registered counsel through the CM/ECF system. Paper copies of Volume 3 of the Administrative Record were lodged with the Court through the Court Information Security Officer.

*/s/ Casen B. Ross*
CASEN B. ROSS