**Case No. 20-1444**

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

TIKTOK INC., *et al.*,

*Petitioners,*

v.

THE COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*,

*Respondents.*

ON PETITION FOR REVIEW

# NOTICE OF WITHDRAWAL OF ATTORNEY BETH S. BRINKMANN

| | |
|---|---|
| John E. Hall<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000<br>jhall@cov.com | Beth S. Brinkmann<br>Alexander A. Berengaut<br>Thomas R. Brugato<br>COVINGTON & BURLING LLP<br>850 Tenth Street, N.W.<br>Washington, DC 20001<br>(202) 662-5312<br>bbrinkmann@cov.com<br>aberengaut@cov.com<br>tbrugato@cov.com<br><br>*Counsel for Petitioners TikTok et al.* |

Counsel Beth S. Brinkmann of Covington & Burling LLP hereby requests that her appearance on behalf of Petitioners TikTok Inc. *et al.* be withdrawn. Petitioners TikTok Inc. *et al.* will continue to be represented by other counsel who previously entered their appearance in this matter, including Alexander A. Berengaut of Covington & Burling LLP. Accordingly, Beth S. Brinkmann requests that her appearance be withdrawn and that she be removed from the Court docket, service list, and ECF notifications for this matter.

September 18, 2023                                             Respectfully submitted,

|  |  |
|---|---|
| John E. Hall | /s/ *Beth S. Brinkmann* |
| COVINGTON & BURLING LLP | Beth S. Brinkmann |
| 620 Eighth Ave. | Alexander A. Berengaut |
| New York, NY 10018 | Thomas R. Brugato |
| (212) 841-1000 | COVINGTON & BURLING LLP |
| jhall@cov.com | 850 Tenth Street, N.W. |
|  | Washington, DC 20001 |
|  | (202) 662-5312 |
|  | bbrinkmann@cov.com |
|  | aberengaut@cov.com |
|  | tbrugato@cov.com |

*Counsel for Petitioners TikTok et al.*

## CERTIFICATE OF SERVICE

I, Beth S. Brinkmann, counsel for Petitioners TikTok Inc. *et al.*, hereby certify that on September 18, 2023, I caused the foregoing Notice to be filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

September 18, 2023                    /s/ *Beth S. Brinkmann*
                                                              Beth S. Brinkmann