[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., *et al.*,<br><br>Petitioners,<br><br>v.<br><br>COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*,<br><br>Respondents. | No. 20-1444 |

**STATUS REPORT**

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government now respectfully submits this status report in accordance with the Court's order.

The parties continue to be involved in ongoing negotiations to determine whether this case may be resolved by mutual agreement, and staff-level officials at each of the Committee member agencies continue to review the agency action in question to determine the appropriate course going forward.

Abeyance continues to be appropriate, and we therefore respectfully request that respondents be permitted to file another status report within 60 days after the filing of this report, by April 22, 2024.

Respectfully submitted,

SHARON SWINGLE

s/ *Casen B. Ross*
CASEN B. ROSS
  *Attorneys, Appellate Staff*
  Civil Division, Room 7270
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  202.514.1923

February 2024

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Casen B. Ross*
CASEN B. ROSS