[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*,<br><br>    Respondents. | No. 20-1444 |

## STATUS REPORT

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government now respectfully submits this status report in accordance with the Court's order.

Since the last status report was filed, Congress enacted the Protecting Americans From Foreign Adversary Controlled Applications Act, H.R. 815, div. H, 118th Cong., Pub. L. No. 118-50 (April 24, 2024), which may affect petitioners' ability to operate in the United States. Petitioners have challenged that Act in this Court. *See TikTok Inc. v. Garland*, No. 24-1113

(D.C. Cir.). Briefing is already underway, with oral argument scheduled for September 16, 2024. Order, *TikTok Inc.* (D.C. Cir. June 17, 2024) (scheduling oral argument); Order, *TikTok Inc.* (D.C. Cir. May 28, 2024) (directing opening brief filed June 20, 2024; response brief due July 26, 2024).

To avoid potentially duplicative litigation and to conserve judicial resources, abeyance continues to be appropriate. We therefore respectfully request that respondents be permitted to file another status report within 60 days after the filing of this report, by August 20, 2024.

Respectfully submitted,

SHARON SWINGLE

 s/ *Casen B. Ross*
CASEN B. ROSS
   *Attorneys, Appellate Staff*
   Civil Division, Room 7270
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530
   202.514.1923

June 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                              /s/ *Casen B. Ross*
                                              CASEN B. ROSS