[ORAL ARGUMENT NOT SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., *et al.*,<br><br>   Petitioners,<br><br> v.<br><br>COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*,<br><br>   Respondents. | No. 20-1444 |

## STATUS REPORT

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government now respectfully submits this status report in accordance with the Court's order.

While this case was pending, Congress enacted the Protecting Americans From Foreign Adversary Controlled Applications Act, H.R. 815, div. H, 118th Cong., Pub. L. No. 118-50 (April 24, 2024), which may affect petitioners' ability to operate in the United States. Petitioners have challenged that Act in this Court. *See TikTok Inc. v. Garland*, No. 24-1113

(D.C. Cir.). Oral argument in that case was held on September 16, 2024, and the parties requested a decision from the Court by December 6, 2024.

To avoid potentially duplicative litigation and to conserve judicial resources, abeyance continues to be appropriate. We therefore respectfully request that respondents be permitted to file another status report within 60 days after the filing of this report, by December 16, 2024.

                        Respectfully submitted,

                        SHARON SWINGLE

                        s/ *Casen B. Ross*
                        CASEN B. ROSS
                           *Attorneys, Appellate Staff*
                           Civil Division, Room 7270
                           U.S. Department of Justice
                           950 Pennsylvania Avenue NW
                           Washington, DC 20530
                           202.514.1923

                        October 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Casen B. Ross*
CASEN B. ROSS
