[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TikTok Inc., *et al.*,

    Petitioners,

v.

Committee on Foreign Investment in the United States, *et al.*,

    Respondents.

No. 20-1444

**STATUS REPORT**

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government now respectfully submits this status report in accordance with the Court's order.

While this case was pending, Congress enacted the Protecting Americans From Foreign Adversary Controlled Applications Act, H.R. 815, div. H, 118th Cong., Pub. L. No. 118-50 (April 24, 2024), which may affect petitioners' ability to operate in the United States. Petitioners challenged the constitutionality of that Act in this Court, and on December 6, 2024, the

Court rejected all of petitioners' constitutional challenges. *See TikTok Inc. v. Garland*, No. 24-1113, 2024 WL 4996719 (D.C. Cir. Dec. 6, 2024). On December 9, petitioners filed a motion asking this Court to enter a "temporary injunction" of that decision pending Supreme Court review. On December 13, this Court denied that motion, and the petitioners have indicated that they intend to seek similar relief in the Supreme Court.

    Abeyance continues to be appropriate to avoid potentially duplicative litigation and to conserve judicial resources. We therefore respectfully request that respondents be permitted to file another status report within 60 days after the filing of this report, by February 14, 2025.

    Respectfully submitted,

SHARON SWINGLE

 s/ *Casen B. Ross*
CASEN B. ROSS
  *Attorneys, Appellate Staff*
  Civil Division, Room 7270
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  202.514.1923

December 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Casen B. Ross*
CASEN B. ROSS