[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TikTok Inc., *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>Committee on Foreign Investment in the United States, *et al.*,<br><br>    Respondents. | No. 20-1444 |

## STATUS REPORT

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government now respectfully submits this status report in accordance with the Court's order.

While this petition was pending, Congress enacted the Protecting Americans from Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, div. H, 138 Stat. 955 (2024), which may affect petitioners' ability to continue operating in the United States and which had an effective date of

January 19, 2025. Petitioners challenged the constitutionality of that Act. This Court unanimously rejected all of petitioners' challenges, and the Supreme Court unanimously affirmed. *See TikTok Inc. v. Garland*, 122 F.4th 930 (D.C. Cir. 2024), *aff'd*, 145 S. Ct. 57 (2025).

    On January 20, 2025, President Trump signed Executive Order 14166, *Application of Protecting Americans from Foreign Adversary Controlled Applications Act to TikTok*, 90 Fed. Reg. 8611 (Jan. 30, 2025). That Executive Order instructed "the Attorney General not to take any action on behalf of the United States to enforce the Act for 75 days from the date of this order" to allow the Administration "an opportunity to determine the appropriate course forward in an orderly way that protects national security while avoiding an abrupt shutdown of a communications platform used by millions of Americans." *Id.* §§ 1, 2(a). President Trump has since signed two Executive Orders, extending the deadline from Executive Order 14166 to September 17, 2025. *See* Executive Order 14310, *Further Extending the TikTok Enforcement Delay*, 90 Fed. Reg. 26,913 (June 24, 2025); Executive Order 14258, *Extending the TikTok Enforcement Delay*, 90 Fed. Reg. 15,209 (Apr. 9, 2025).

In light of these facts, abeyance continues to be appropriate to avoid potentially duplicative litigation and to conserve judicial resources. The government therefore respectfully requests that respondents be permitted to file another status report within 60 days after the filing of this report, by October 14, 2025.

        Respectfully submitted,

        SHARON SWINGLE

        *s/ Casen B. Ross*
        CASEN B. ROSS
        SEAN R. JANDA
        *Attorneys, Appellate Staff*
        *Civil Division, Room 7270*
        *U.S. Department of Justice*
        *950 Pennsylvania Avenue NW*
        *Washington, DC 20530*
        *(202) 514-1923*
        *casen.ross@usdoj.gov*

AUGUST 2025