No. 20-1444                             September Term, 2025

TREA-85FR51297

Filed On: October 3, 2025 [2138701]

TikTok Inc. and ByteDance Ltd.,

      Petitioners

    v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

## O R D E R

    Upon consideration of respondents' unopposed motion for an extension of time to file a status report in light of the lapse of appropriations, it is

    **ORDERED** that the motion be granted. Respondents are directed to file the next status report within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                                  BY:     /s/
                                                       Michael C. McGrail
                                                       Deputy Clerk