[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, *et al.*, <br><br> Respondents. | No. 20-1444 |

## STATUS REPORT

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government now respectfully submits this status report in accordance with the Court's order.

While this petition was pending, Congress enacted the Protecting Americans from Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, div. H, 138 Stat. 955 (2024), which may affect petitioners' ability to continue operating in the United States and which had an effective date of

January 19, 2025. Petitioners challenged the constitutionality of that Act. This Court unanimously rejected all of petitioners' challenges, and the Supreme Court unanimously affirmed. *See TikTok Inc. v. Garland*, 122 F.4th 930 (D.C. Cir. 2024), *aff'd*, 145 S. Ct. 57 (2025).

On January 20, 2025, President Trump signed Executive Order 14166, *Application of Protecting Americans from Foreign Adversary Controlled Applications Act to TikTok*, 90 Fed. Reg. 8611 (Jan. 30, 2025). That Executive Order instructed "the Attorney General not to take any action on behalf of the United States to enforce the Act for 75 days from the date of this order" to allow the Administration "an opportunity to determine the appropriate course forward in an orderly way that protects national security while avoiding an abrupt shutdown of a communications platform used by millions of Americans." *Id.* §§ 1, 2(a). President Trump has since signed three Executive Orders, extending the deadline from Executive Order 14166 to December 16, 2025. *See* Executive Order 14350, *Further Extending the TikTok Enforcement Delay*, 90 Fed. Reg. 45,903 (Sept. 23, 2025); Executive Order 14310, *Further Extending the TikTok Enforcement Delay*, 90 Fed. Reg. 26,913 (June 24, 2025); Executive Order 14258, *Extending the TikTok Enforcement Delay*, 90 Fed. Reg. 15,209 (Apr. 9, 2025).

2

In addition, the President has more recently issued an Executive Order that, among other things, explains that a "plan has been presented to [the President] to undergo a qualified divestiture of TikTok's United States operations." Executive Order 14,352 § 1, *Saving TikTok While Protecting National Security*, 90 Fed. Reg. 47,219 (Sep. 30, 2025). That Order also contemplates that CFIUS will "enter[] into an agreement with certain Investor Parties" that will "adequately mitigate[]" the "threatened impairment to the national security described in the" divestment order at issue in this petition for review. *Id.* § 4(a). And the Order directs the Attorney General to "not take any action on behalf of the United States to enforce the Act for 120 days" in order "[t]o permit" the "contemplated divestiture to be completed." *Id.* § 3(a).

In light of these facts, abeyance continues to be appropriate to avoid potentially duplicative litigation and to conserve judicial resources. The government therefore respectfully requests that respondents be permitted to file another status report within 60 days after the filing of this report, by January 20, 2026.

        Respectfully submitted,

        SHARON SWINGLE

        <u>*s/ Sean R. Janda*</u>
        SEAN R. JANDA
        *Attorneys, Appellate Staff*
        *Civil Division, Room 7260*
        *U.S. Department of Justice*
        *950 Pennsylvania Avenue NW*
        *Washington, DC 20530*
        *(202) 514-3388*
        *sean.r.janda@usdoj.gov*

NOVEMBER 2025