# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1444**                    **September Term, 2025**

**TREA-85FR51297**

**Filed On: February 4, 2026**

TikTok Inc. and ByteDance Ltd.,

      Petitioners

    v.

Committee on Foreign Investment in the
United States, et al.,

      Respondents

**O R D E R**

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
Elbert Lestrade
Deputy Clerk