# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., et al., *Petitioners*, v. THE COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, et al., *Respondents*. | No. 20-1444 **NON-BINDING STATEMENT OF ISSUES** |

Pursuant to the Court's order of November 12, 2020, Petitioners TikTok Inc. and ByteDance Ltd. submit the following non-binding statement of the issues presented for review:

1. Whether the Executive Order entitled "Regarding the Acquisition of Musical.ly by ByteDance Ltd.," published at 85 Fed. Reg. 51,297 (Aug. 14, 2020) (the "Divestment Order"), and CFIUS's rejection of mitigation measures, truncation of its review and investigation, and referral of the matter to the President (collectively, the "CFIUS Action") are *ultra vires* under Section 721 of the Defense Production Act.

2. Whether the CFIUS Action, as well as the manner in which the Divestment Order was issued, violated Petitioners' Fifth Amendment

due process rights.

3. Whether the CFUIS Action was arbitrary and capricious, or otherwise unlawful in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2).

4. Whether the Divestment Order constitutes an unlawful taking without just compensation, in violation of the Fifth Amendment's Takings Clause.

Petitioners reserve the right to modify and/or supplement the list of issues addressed, as well as to address these and other issues in more detail in future pleadings.

DATED: December 14, 2020

Respectfully submitted,

*/s/ Beth S. Brinkmann*

| | |
|---|---|
| John E. Hall | Beth S. Brinkmann (No. 477771) |
| Anders Linderot | Alexander A. Berengaut |
| COVINGTON & BURLING LLP | Thomas R. Brugato |
| The New York Times Building | COVINGTON & BURLING LLP |
| 620 Eighth Avenue | One CityCenter |
| New York, NY 10018 | 850 Tenth Street, NW |
| Telephone: (212) 841-1000 | Washington, DC 20001 |
| Facsimile: (212) 841-1010 | Telephone: (202) 662-6000 |
| Email: jhall@cov.com | Facsimile: (202) 778-6000 |
|     alinderot@cov.com | Email: bbrinkmann@cov.com |
| |     aberengaut@cov.com |
| |     tbrugato@cov.com |

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2020, I filed the foregoing Statement of Issues through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

*s/ Beth S. Brinkmann*
Beth S. Brinkmann
