[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TikTok Inc., et al.,<br>    Petitioners,<br><br>v.<br><br>Committee on Foreign Investment in<br>   the United States, et al.,<br>    Respondents. | No. 20-1444 |

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the parties hereby jointly move for an order holding this case in abeyance, with status reports due at 60-day intervals.

ByteDance Ltd. and TikTok Inc. petitioned this Court "for review of the Presidential Order Regarding the Acquisition of Musical.ly by ByteDance Ltd., 85 Fed. Reg. 51,297 (Aug. 19, 2020) . . . and the related action of the Committee on Foreign Investment in the United States (CFIUS)." Doc. 1870778. The challenged government action would require ByteDance Ltd. to divest all interests and rights in any assets or property

used to enable or support ByteDance's operation of TikTok in the United States and any data obtained or derived from U.S. users of TikTok.

Due to the recent change in administration, there is new leadership at each of the agencies that are members of CFIUS. *See* 50 U.S.C. § 4565(k)(2) (listing Committee membership, which includes a number of agencies). To allow new agency officials at each of the Committee's member agencies sufficient time to become familiar with the issues in this case, the parties respectfully jointly move to place this case in abeyance, with status reports due at 60-day intervals.

Respectfully submitted,

| | |
|---|---|
| /s/ *Beth S. Brinkmann* | SHARON B. SWINGLE |
| Beth S. Brinkmann (No. 477771) | |
| Alexander A. Berengaut | /s/ *Casen B. Ross* |
| Thomas R. Brugato | CASEN B. ROSS |
| COVINGTON & BURLING LLP | 202.514.1923 |
| One CityCenter | Attorneys, Appellate Staff |
| 850 Tenth Street, NW | Civil Division, Room 7270 |
| Washington, DC 20001 | Department of Justice |
| Telephone: 202.662.6000 | 950 Pennsylvania Ave. NW |
| Facsimile: 202.778.6000 | Washington, D.C. 20530 |
| Email: bbrinkmann@cov.com | |
|     aberengaut@cov.com | *Counsel for respondents* |
|     tbrugato@cov.com | |
| | |
| John E. Hall | |
| Anders Linderot | |
| COVINGTON & BURLING LLP | |
| The New York Times Building | |
| 620 Eighth Avenue | |
| New York, NY 10018 | |
| Telephone: 212.841.1000 | |
| Facsimile: 212.841.1010 | |
| Email: jhall@cov.com | |
|     alinderot@cov.com | |

*Counsel for petitioners*

February 2021

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 205 words, according to the count of Microsoft Word.

　　　　　　　　　　　　　　　　　　　*/s/ Casen B. Ross*　　　　　
　　　　　　　　　　　　　　　　　　　Casen B. Ross

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed the foregoing motion with the Clerk of the Court through the appellate CM/ECF system. Service was accomplished on registered counsel through the CM/ECF system.

                                            */s/ Casen B. Ross*
                                            CASEN B. ROSS