[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TIKTOK INC., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, et al., <br><br> Respondents. | No. 20-1444 |

**STATUS REPORT**

On February 19, 2021, this Court placed this petition for review in abeyance, directing that status reports be filed at 60-day intervals. The government has filed status reports on April 21, 2021, June 21, 2021, August 23, 2021, October 19, 2021, December 20, 2021, February 18, 2022, April 19, 2022, June 21, 2022, August 22, 2022, October 21, 2022, December 20, 2022, and now respectfully submits this status report.

The parties continue to be involved in ongoing negotiations to determine whether this case may be resolved by mutual agreement, and staff-level officials at each of the Committee member agencies continue to

review the agency action in question to determine the appropriate course going forward.

Abeyance continues to be appropriate, and we therefore respectfully request that respondents be permitted to file another status report within 60 days after the filing of this report, by April 24, 2023.

Respectfully submitted,

SHARON SWINGLE

s/ *Casen B. Ross*
CASEN B. ROSS
   *Attorneys, Appellate Staff*
   Civil Division, Room 7270
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530
   202.514.1923

February 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Casen B. Ross*
CASEN B. ROSS